UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEANDRE NORRA,

    Petitioner,

  v.

FRED FOULK, Acting Warden,

    Respondent.

Case No.  13-cv-1629-VC

**JUDGMENT**

The petition for writ of habeas corpus having been dismissed without prejudice to refiling if Petitioner obtains an order from the Ninth Circuit Court of Appeals, judgment is hereby entered in favor of Respondent.  Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: May 15, 2014

_____
VINCE CHHABRIA
United States District Judge